**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ANN L. MARTIN AND JAMES L. MARTIN, : No. 50 MAL 2017
:
           Petitioners :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
ADRIENNE L. BAILEY, DONALD A. :
BAILEY, SHERI D. COOVER, LAW :
OFFICES OF DONALD A. BAILEY, AND :
ESTATE OF LEAH L. PLACENIK, :
:
           Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.